936 A.2d 967

FRANCES J. HOFFMAN, PLAINTIFF–RESPONDENT, v. BRUCE W. HOFFMAN, DEFENDANT–APPELLANT.

November 20, 2007.

This matter having been duly presented to the Court on defendant's appeal as of right, and the Court having determined that the matter does not raise a substantial constitutional question under *Rule* 2:2–1(a)(1) and the applicable case law, nor an issue warranting certification under *Rule* 2:12–4;

It is ORDERED that the appeal is dismissed.